THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JAMES CLARK and LAWRENCE EDWARDS, Appellants.

Argued June 9, 1942; decided July 29, 1942.

*Hyman J. Reit, John H. Lewis, Robert W. Carillo, John Benedetto* and *Abraham J. Gellinoff* for James Clark, appellant.

*Abraham J. Gellinoff, Charles Pilatsky, John Cardone, J. Michael Solomon* and *Samuel W. Greenwald* for Lawrence Edwards, appellant.

*Frank S. Hogan, District Attorney (Stanley H. Fuld* and *Eugene A. Leiman* of counsel), for respondent.

Judgments of conviction affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.